No. 514. CENTRAL STATES CORP. *v.* LUTHER, TRUSTEE. C. A. 10th Cir. Certiorari denied. *Martin W. Bell* for petitioner. *John F. Eberhardt* for respondent.

No. 519. ACKERMAN *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Marjorie Hanson Matson, Harry S. Kalson* and *Murdaugh Stuart Madden* for petitioner. *Albert A. Fiok* for respondent.

No. 524. GALT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Frederick Bernays Wiener* and *Owen Rall* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 527. WOLF *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *David Rein* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 533. WAITUS *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *John Bolt Culbertson, Frank D. Reeves, Aubrey E. Robinson, Jr.* and *Charles T. Duncan* for petitioner.

No. 535. SCHUMACHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Daniel Bartlett* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.